No. 92. HUMPHREYS *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. R. Macaulay* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Earl C. Crouter* for respondent. ▮

No. 95. PIUMA *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis J. Canepa* for petitioner. *Solicitor General Fahy, Assistant Attorney General Arnold,* and *Mr. Charles H. Weston* for the United States. ▮

No. 98. BARCO, EXECUTRIX, ET AL. *v.* PENN MUTUAL LIFE INSURANCE Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. O. D. Batchelor* and *Henry K. Gibson* for petitioners. *Mr. Crate D. Bowen* for respondent. ▮

No. 99. NEW YORK EX REL. COGAN *v.* MANN. October 12, 1942. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Carl E. Ring* for petitioner. *Mr. Leo C. Fennelly* for respondent. ▮

No. 100. MIFFLINBURG BODY Co. *v.* MIFFLINBURG BANK & TRUST Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry S. Knight* for petitioner. *Mr. Gilbert Nurick* for respondent. ▮